IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01202-LTB

JOHN J. BAUTISTA, JR.,

    Plaintiff,

v.

VIRGINIA DEPT. OF SOC. SERVICES,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 12, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 12 day of June, 2015.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/ A. García Gallegos
                                    Deputy Clerk